E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANGELA THORNTON-MILLARD, IABN 17922
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (816) 936-5079
    E-mail: angela.thornton-millard@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANISA MICHELLE CHANEY,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-04934-AS<br><br>[~~PROPOSED~~]<br>JUDGMENT OF REMAND |

1   The Court having approved the parties' Stipulation to Remand for Further
2   Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of
3   Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with
4   the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**
5   **ADJUDGED AND DECREED** that the above-captioned action is remanded to the
6   Commissioner of Social Security for further proceedings consistent with the
7   Stipulation to Remand.

DATED: October 8, 2024              _____/ s / Sagar_____
                                    HON. ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE

2